**JUDGMENT:** Case No. 1:12-cr-116  USA v. Bobby Huggins

**PRESENT:** Honorable Curtis L. Collier   ☑ U.S. District Judge  OR  ☐ U.S. Magistrate Judge

Jay Woods — Assistant U.S. Attorney
Myrlene Marsa — Attorney for Defendant
_____ Probation Officer

DeAndra Hinton — Courtroom Deputy
Elizabeth Coffey — Court Reporter
_____ Interpreter  ☐ SWORN

**PROCEEDINGS:** ☑ Plea agreement accepted by Court  ☑ PSR guidelines are  ☑ accurate  ☐ as modified  ☑ PSR SEALED

☑ Govt/Deft motion for downward departure: ☑ granted ☐ denied
  upward departure: ☐ granted ☐ denied
  non-guidelines sentence: ☐ granted ☐ denied

Govt motion for third point reduction for acceptance of responsibility ☐ granted ☐ denied

☑ Deft speaks  OR  ☐ Deft declines to speak    "all except PSR & 5K1.1"  ☑ unsealed  ☐ remain sealed

**TESTIMONY BY:** _____

☐ Exhibits attached to minutes    ☐ Exhibits in vault

**IMPRISONMENT:** 87 MONTHS on COUNT(s) One

**SUPERVISED RELEASE/PROBATION:** 5 YEARS on COUNT(s) One

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

☑ report to Probation Officer w/in 72 hrs of release
☑ not commit another federal, state or local crime
☑ abide by standard conditions on Local Rule 83.10
☑ not possess a firearm or other destructive device
☑ not illegally possess or use a controlled substance
☑ participate in collection of DNA
☐ submit to search
☐ perform _____ hours of community service
☐ comply with any BICE deportation orders
☐ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
☐ comply with Local Rule 83.10 - Sex Offender Treatment

☐ pay any financial penalty due
☐ provide Probation Office w/access to any required financial info
☐ not incur new credit charges or open additional lines of credit
☐ no contractual agreements which obligate funds
☐ not be employed in position of trust
☑ participate in program of testing/treatment for drug/alcohol abuse
☐ wear electronic device and pay for service at prevailing rate
☐ maintain telephone w/out any special services or devices
☐ report to nearest probation office w/in 48 hrs of reentry in the U.S.

**OTHER CONDITIONS:** _____

☑ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** _____

**RESTITUTION:** _____

☐ Interest Waived  ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** _____ OR ☐ Waived  **SPECIAL ASSESSMENT:** $100.00  ☑ Payment due immediately  ☐ Interest waived

☑ Court waived fine due to deft's inability to pay  ☑ Deft informed of right to appeal  ☐ Remaining counts dismissed

Deft ☐ remanded to custody of U.S. Marshal  ☑ remained in custody  ☐ remained on bond

Deft to self-report on or before _____ at _____

Time: 10:15 to 10:40    Date: 7.25.2013